USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
:
: **ORDER REQUIRING**
: **PLAINTIFFS TO INFORM THE**
Bondholder Actions Against the Republic of Argentina : **REPUBLIC OF ARGENTINA AS**
(Captions Below) : **TO PARTICIPATION IN THE**
: **2010 EXCHANGE OFFER**
:
:
:
:
------------------------------------------------------------------X

Lightwater Corp. v. Republic of Argentina, 02 Civ. 3804 (TPG)
Old Castle Holdings, Ltd. v. Republic of Argentina, 02 Civ. 3808 (TPG)
Applestein TTEE FBO D.C.A. Grantor Trust, et al. v. Republic of Argentina,
02 Civ. 4124 (TPG)
H.W. Urban GmbH, individually and on behalf of all others similarly situated v. Republic of Argentina,
02 Civ. 5699 (TPG)
Macrotecnic Int'l Corp. v. Republic of Argentina, 02 Civ. 5932 (TPG)
Etevob, et al. v. Republic of Argentina & Province of Buenos Aires, 03 Civ. 1680 (TPG)
EM Ltd. v. Republic of Argentina, 03 Civ. 2507 (TPG)
Franceschi, et al. v. Republic of Argentina, 03 Civ. 4693 (TPG)
Mazzini, et al. v. Republic of Argentina, 03 Civ. 8120 (TPG)
Latinburg S.A. v. Republic of Argentina, 03 Civ. 8528 (TPG)
Fontana, et al. v. Republic of Argentina, 03 Civ. 8531 (TPG)
NML Capital, Ltd. v. Republic of Argentina, 03 Civ. 8845 (TPG)
Franco, et al. v. Republic of Argentina, 03 Civ. 9537 (TPG)
Denchu Invest. Corp. v. Republic of Argentina, 03 Civ. 9538 (TPG)
Seijas, et al. v. Republic of Argentina, 04 Civ. 400 (TPG)
Seijas, et al. v. Republic of Argentina, 04 Civ. 401 (TPG)
Castro v. Republic of Argentina, 04 Civ. 506 (TPG)
Cooke, et al. v. Republic of Argentina, 04 Civ. 508 (TPG)
Castro v. Republic of Argentina, 04 Civ. 746 (TPG)
Hickory Sec., Ltd. v. Republic of Argentina, 04 Civ. 936 (TPG)
Azza, et al. v. Republic of Argentina, 04 Civ. 937 (TPG)
Million Air Corp. v. Republic of Argentina, 04 Civ. 1048 (TPG)
Prima, et al. v. Republic of Argentina & Province of Buenos Aires, 04 Civ. 1077 (TPG)
Azza, et al. v. Republic of Argentina, 04 Civ. 1085 (TPG)
Puricelli v. Republic of Argentina, 04 Civ. 2117 (TPG)
Chorny v. Republic of Argentina, 04 Civ. 2118 (TPG)
Colella, et al. v. Republic of Argentina, 04 Civ. 2710 (TPG)
Mazoral, S.A. v. Republic of Argentina, 04 Civ. 3313 (TPG)
Morata, et al. v. Republic of Argentina, 04 Civ. 3314 (TPG)
Exposito v. Republic of Argentina, 04 Civ. 3639 (TPG)
Moldes, et al. v. Republic of Argentina & Province of Buenos Aires, 04 Civ. 6137 (TPG)

Cilli, et al. v. Republic of Argentina, 04 Civ. 6594 (TPG)
Buczat, et al. v. Republic of Argentina, 04 Civ. 7056 (TPG)
Rosa, et al. v. Republic of Argentina, 04 Civ. 7504 (TPG)
Scappini v. Republic of Argentina, 04 Civ. 9788 (TPG)
Consolini, et al. v. Republic of Argentina, 05 Civ. 177 (TPG)
Legnaro, et al. v. Republic of Argentina & Province of Buenos Aires, 05 Civ. 178 (TPG)
Banca Arner S.A. v. Republic of Argentina, 05 Civ. 277 (TPG)
Daho v. Republic of Argentina, 05 Civ. 1033 (TPG)
Bonvecchi, et al. v. Republic of Argentina, 05 Civ. 2159 (TPG)
Arrigoni, et al. v. Republic of Argentina, 05 Civ. 2275 (TPG)
NML Capital, Ltd. v. Republic of Argentina, 05 Civ. 2434 (TPG)
Martinez, et al. v. Republic of Argentina, 05 Civ. 2521 (TPG)
Ferri, et al. v. Republic of Argentina, 05 Civ. 2943 (TPG)
Rigueiro, et al. v. Republic of Argentina, 05 Civ. 3089 (TPG)
Daelli v. Republic of Argentina, 05 Civ. 3095 (TPG)
FFI Fund Ltd., et al. v. Republic of Argentina, 05 Civ. 3328 (TPG)
Bechara, et al. v. Republic of Argentina, 05 Civ. 3825 (TPG)
Sauco, et al. v. Republic of Argentina, 05 Civ. 3955 (TPG)
Capital Ventures Int'l v. Republic of Argentina, 05 Civ. 4085 (TPG)
Marangoni v. Republic of Argentina, 05 Civ. 4128 (TPG)
Strugo v. Republic of Argentina, 05 Civ. 4149 (TPG)
Montreux Partners, L.P. v. Republic of Argentina, 05 Civ. 4239 (TPG)
Greylock Global Distressed Debt Master Fund, Ltd. & Greylock Global Opportunity Master Fund, Ltd. v. Republic of Argentina, 05 Civ. 4246 (TPG)
Bettoni, et al. v. Republic of Argentina, 05 Civ. 4299 (TPG)
Fedecostante, et al. v. Republic of Argentina, 05 Civ. 4466 (TPG)
Meridian Invest. & Bus. Corp. v. Republic of Argentina, 05 Civ. 5197 (TPG)
Lisi, et al. v. Republic of Argentina, 05 Civ. 6002 (TPG)
Rossini, et al. v. Republic of Argentina & Province of Buenos Aires, 05 Civ. 6200 (TPG)
Klein, et al. v. Republic of Argentina, 05 Civ. 6599 (TPG)
Lovati v. Republic of Argentina, 05 Civ. 8195 (TPG)
Botti, et al. v. Republic of Argentina, 05 Civ. 8687 (TPG)
Fazzolari, et al. v. Republic of Argentina, 05 Civ. 9072 (TPG)
Los Angeles Capital v. Republic of Argentina, 05 Civ. 10201 (TPG)
Pasquali, et al. v. Republic of Argentina, 05 Civ. 10636 (TPG)
Capital Ventures Int'l v. Republic of Argentina, 06 Civ. 207 (TPG)
Barboni, Individually And On Behalf Of All Others Similarly Situated v. Republic of Argentina, 06 Civ. 5157 (TPG)
Wagner, et al. v. Republic of Argentina, 06 Civ. 1091 (TPG)
Angulo, et al. v. Republic of Argentina, 06 Civ. 1590 (TPG)
ARTAL Alternative Treasury Management v. Republic of Argentina, 06 Civ. 1839 (TPG)
Settin, et al. v. Republic of Argentina, 06 Civ. 3068 (TPG)
Bolland, et al. v. Republic of Argentina, 06 Civ. 3196 (TPG)
Amoroso v. Republic of Argentina, 06 Civ. 3197 (TPG)
Bliway Int'l S.A. v. Republic of Argentina, 06 Civ. 3198 (TPG)
Ladjevardian, et al. v. Republic of Argentina, 06 Civ. 3276 (TPG)
Alzugaray, et al. v. Republic of Argentina, 06 Civ. 3976 (TPG)
Cordoba Capital v. Republic of Argentina, 06 Civ. 5887 (TPG)
Schwald, et al. v. Republic of Argentina, 06 Civ. 6032 (TPG)

NML Capital, Ltd. v. Republic of Argentina, 06 Civ. 6466 (TPG)
Ivelo Holding Corp. v. Republic of Argentina, 06 Civ. 7100 (TPG)
Beltramo, et al. v. Republic of Argentina, 06 Civ. 7151 (TPG)
EM Ltd. & NML Capital, Ltd. v. Banco Central de la Republica Argentina & Republic of Argentina, 06 Civ. 7792 (TPG)
Dussault v. Republic of Argentina, 06 Civ. 13085 (TPG)
Claren Corp. v. Republic of Argentina, 06 Civ. 13675
Tadayon v. Republic of Argentina, 06 Civ. 14299 (TPG)
Forgione, et al. v. Republic of Argentina, 06 Civ. 15171 (TPG)
Hansen, Individually And On Behalf Of All Others Similarly Situated v. Republic of Argentina, 06 Civ. 15293 (TPG)
Brecher, Individually And On Behalf Of All Others Similarly Situated v. Republic of Argentina, 06 Civ. 15297 (TPG)
Crostelli, et al. v. Republic of Argentina, 06 Civ. 15300 (TPG)
Caronte Ltd., S.A. v. Republic of Argentina, 06 Civ. 15316 (TPG)
Agritech S.R.L. et al. v. Republic of Argentina, 06 Civ. 15393 (TPG)
Beyer, et al. v. Republic of Argentina, 07 Civ. 98 (TPG)
Palladini, et al. v. Republic of Argentina, 07 Civ. 689 (TPG)
Newbadem Investments S.A. v. Republic of Argentina, 07 Civ. 1938 (TPG)
Herb v. Republic of Argentina, 07 Civ. 2015 (TPG)
Herb v. Province of Buenos Aires, 07 Civ. 2016 (TPG)
Hillside Ltd. v. Republic of Argentina, 07 Civ. 6231 (TPG)
Catto, et al. v. Republic of Argentina, 07 Civ. 937 (TPG)
Wilton Capital, Ltd. v. Republic of Argentina, 07 Civ. 1797 (TPG)
NML Capital, Ltd. V. Republic of Argentina, 07 Civ. 1910 (TPG)
Los Angeles Capital v. Republic of Argentina, 07 Civ. 2349 (TPG)
Dolcetti, et al. v. Republic of Argentina, 07 Civ. 2607 (TPG)
NML Capital, Ltd. v. Republic of Argentina, 07 Civ. 2690 (TPG)
Blue Angel Capital I LLC v. Republic of Argentina, 07 Civ. 2693 (TPG)
Aurelius Capital Partners, LP, et al. v. Republic of Argentina, 07 Civ. 2715 (TPG)
Baccanelli v. Republic of Argentina, 07 Civ. 2788 (TPG)
Dralli LLC et al. v. Republic of Argentina, 07 Civ. 2792 (TPG)
Baccanelli v. Republic of Argentina, 07 Civ. 3851 (TPG)
Dralli LLC et al. v. Republic of Argentina, 07 Civ. 4606 (TPG)
Andrarex Ltd. v. Republic of Argentina, 07 Civ. 5593 (TPG)
Borgra, et al. v. Republic of Argentina, 07 Civ. 5807 (TPG)
Ritoper v. Republic of Argentina, 07 Civ. 6426 (TPG)
NML Capital, Ltd. v. Republic of Argentina, 07 Civ. 6563 (TPG)
Milanesi, et al. v. Republic of Argentina, 07 Civ. 7248 (TPG)
Fernandez, et al. v. Republic of Argentina, 07 Civ. 7351 (TPG)
Banca Nazionale Del Lavoro v. Republic of Argentina, 07 Civ. 8000 (TPG)
Heeb, et al. v. Republic of Argentina, 07 Civ. 10656 (TPG)
HWB Victoria Strategies Portfolio, et al. v. Republic of Argentina, 07 Civ. 10657 (TPG)
Aurelius Capital Partners, LP, et al. v. Republic of Argentina, 07 Civ. 11327 (TPG)
Romano Organizzazione SRL et al. v. Republic of Argentina, 07 Civ. 11331 (TPG)
HWB Victoria Strategies Portfolio, et al. v. Republic of Argentina, 07 Civ. 11382 (TPG)
Crespo et al. v. Republic of Argentina, 07 Civ. 11457 (TPG)
Gramercy Argentina Opportunity Fund, Ltd. et al. v. Republic of Argentina, 07 Civ. 11492 (TPG)
Erb, et al. v. Republic of Argentina, 07 Civ. 11495 (TPG)

Zylberberg Fein LLC v. Republic of Argentina, 07 Civ. 11496 (TPG)
U.V.A. Vaduz, et al. v. Republic of Argentina, 07 Civ. 11497 (TPG)
Cavero & Pusajo v. Republic of Argentina, 07 Civ. 11591 (TPG)
Gramercy Argentina Opportunity Fund, Ltd. et al. v. Republic of Argentina, 08 Civ. 41 (TPG)
Gramercy Argentina Opportunity Fund, Ltd. et al. v. Republic of Argentina, 08 Civ. 164 (TPG)
Amber Reed Corp., et al. v. Republic Argentina, 08 Civ. 440 (TPG)
Gramercy Emerging Markets Fund & Partners Group Alternative Strategies PCC Limited Blue Kappa Cell, 08 Civ. 1113 (TPG)
Gramercy Argentina Opportunity Fund, Ltd. & Gramercy Emerging Markets Fund, 08 Civ. 01722 (TPG)
NML Capital, Ltd. v. Republic of Argentina, 08 Civ. 2541 (TPG)
Gramercy Argentina Opportunity Fund, Ltd. et al. v. Republic of Argentina, 08 Civ. 2865 (TPG)
NML Capital, Ltd. v. Republic of Argentina, 08 Civ. 3302 (TPG)
Gramercy Argentina Opportunity Fund, Ltd. et al. v. Republic of Argentina, 08 Civ. 4814 (TPG)
Etcheto, et al. v. Republic of Argentina, 08 Civ. 4902 (TPG)
Hagemann, et al. v. Republic of Argentina, 08 Civ. 5436 (TPG)
Brandes, et al. v. Republic of Argentina, 08 Civ. 6625 (TPG)
NML Capital, Ltd. v. Republic of Argentina, 08 Civ. 6978 (TPG)
EM Ltd. & NML Capital, Ltd. v. Republic of Argentina & Banco de la Nación Argentina, 08 Civ. 7974 (TPG)
Greylock Global Distressed Debt Master Fund, Ltd. & Greylock Global Opportunity Master Fund, Ltd. v. Republic of Argentina, 08 Civ. 8689 (TPG)
A. Gandola & S.P.A. et al. v. Republic of Argentina, 08 Civ. 9506 (TPG)
Wilton Capital v. Republic of Argentina, 09 Civ. 401 (TPG)
NML Capital, Ltd. v. Republic of Argentina, 09 Civ. 1707 (TPG)
NML Capital, Ltd. v. Republic of Argentina, 09 Civ. 1708 (TPG)
EM Ltd. & NML Capital, Ltd. v. Energía Argentina S.A. & Republic of Argentina, 09 Civ. 7013 (TPG)
Schmidt, et al. v. Republic of Argentina, 09 Civ. 7059 (TPG)
Carabajal v. Republic of Argentina, 09 Civ. 8275 (TPG)
Drawrah Ltd. v. Republic of Argentina, 09 Civ. 8299 (TPG)
Aurelius Capital Master, LTD and ACP Master, LTD v. Republic of Argentina, 09 Civ. 8757 (TPG)
Aurelius Capital Master, LTD and ACP Master, LTD v. Republic of Argentina, 09 Civ. 10620 (TPG)
Aurelius Opportunities Fund II LLC & Aurelius Capital Master, LTD v. Republic of Argentina, 10 Civ. 1602 (TPG)
Aurelius Opportunities Fund II LLC & Aurelius Capital Master, LTD v. Republic of Argentina, 10 Civ. 3507 (TPG)
Aurelius Capital Partners LP, et al. v. Banco Central de la República Argentina & Republic of Argentina, 10 Civ. 3059 (TPG)
Blue Angel Capital I LLC v. Republic of Argentina, 10 Civ. 0401 (TPG)
Aurelius Opportunities Fund II LLC & Aurelius Capital Master, LTD v. Republic of Argentina, 10 Civ. 3907 (TPG)
NW Global Strategy, et al. v. Republic of Argentina, 10 Civ. 4656 (TPG)
Blue Angel Capital I LLC v. Republic of Argentina, 10 Civ. 4782 (TPG)
Diocesi Patriarcato di Venezia v. Republic of Argentina, 10 Civ. 1598 (TPG)
Varela, et al. v. Republic of Argentina, 10 Civ. 5338 (TPG)

## ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER

WHEREAS, plaintiffs in the above-captioned cases have commenced actions in this Court against the Republic of Argentina (the "Republic") based on plaintiffs' purported beneficial interests in Republic-issued bonds;

WHEREAS, the Republic conducted an exchange offer (the "2010 Exchange Offer") open to owners of beneficial interests in non-performing Republic-issued securities eligible for exchange under the terms of the offer (the "Eligible Securities");

WHEREAS, on April 30, 2010, the Court entered an Order in post-judgment cases permitting plaintiffs holding judgments to tender their beneficial interests in Eligible Securities to the Republic in accordance with the terms of the 2010 Exchange Offer, should they wish to do so;

WHEREAS, plaintiffs in the above-listed cases owning beneficial interests in Eligible Securities may have tendered into the 2010 Exchange Offer the beneficial interests in Eligible Securities that were the subject of their claims or judgments against the Republic ("Tendering Holders");

WHEREAS, pursuant to the terms of the Exchange Offer, Tendering Holders represented that they would, *inter alia*, (i) dismiss any proceedings initiated regarding tendered interests; (ii) cancel any judgments based on tendered interests; and (iii) waive any rights to enforce judgments based on tendered interests;

WHEREAS, Tendering Holders also authorized their legal counsel to deliver to the Republic all appropriate documents or court filings as requested by the Republic to dismiss proceedings or cancel any judgments against the Republic based on tendered interests;

WHEREAS, some Tendering Holders have identified themselves to the Republic and have had their judgments amended or vacated by the Court (*see e.g.* Stipulation and Order for Dismissal with Prejudice, dated August 18, 2010, in *Teachers Insurance and Annuity Association of America v. Republic of Argentina*, 06 Civ. 6221 (TPG)), and/or have stipulated to have their claims dismissed;

WHEREAS, other Tendering Holders have not yet contacted the Republic pursuant to the representations made in the 2010 Exchange Offer;

IT IS HEREBY ORDERED THAT:

1. Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer, and, if so, confirm the amounts and bond identification numbers (ISINs) for any interests tendered into the 2010 Exchange Offer, and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation.

2. The above-described information must be transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than November 5, 2010; and

2. The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases.

SO ORDERED:

_____
United States District Judge
Dated: October 19, 2010